# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BERTRAM, DONNA J | § | Case No. 11-10030 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/BRENDA PORTER HELMS, TRUSTEE_____
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-10030 | CAS | Judge: DONALD R. CASSLING | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | BERTRAM, DONNA J | | | | Date Filed (f) or Converted (c): | 03/10/11 (f) |
| | | | | | 341(a) Meeting Date: | 04/14/11 |
| For Period Ending: | 06/27/13 | | | | Claims Bar Date: | 04/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Litigation vs. debtor et al (u) | 0.00 | 20,000.00 | | 75,000.00 | FA |
| 2. 5212 Main St. Lisle IL | 156,000.00 | 0.00 | | 0.00 | FA |
| 3. 533 Milton Dr Naperville IL | 165,000.00 | 0.00 | | 95,177.48 | FA |
| 4. 118 Maplewood Bolingbrook IL | 160,000.00 | 0.00 | | 0.00 | FA |
| 5. CASH ON HAND | 2,200.00 | 0.00 | | 0.00 | FA |
| 6. BANK ACCOUNTS | 670.25 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 8. FIREARMS AND HOBBY EQUIPMENT | 50.00 | 0.00 | | 0.00 | FA |
| 9. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 10. 529 accounts | 9,500.00 | 0.00 | | 0.00 | FA |
| 11. PENSION PLANS AND PROFIT SHARING | 19,300.00 | 0.00 | | 0.00 | FA |
| 12. ACCOUNTS RECEIVABLE | 80,000.00 | 0.00 | | 0.00 | FA |
| 13. 2010 TAX REFUND | 629.75 | 0.00 | | 0.00 | FA |
| 14. 2003 DODGE DAKOTA | 4,900.00 | 0.00 | | 0.00 | FA |
| 15. 1939 CHEVY COUPE | 50.00 | 0.00 | | 0.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.47 | Unknown |
| 17. rent (u) | Unknown | 0.00 | | 6,430.00 | FA |
| 18. MARSHALL ESTATES BANK ACCOUNT (u) | Unknown | 0.00 | | 11,679.51 | FA |
| TOTALS (Excluding Unknown Values) | $598,800.00 | $20,000.00 | | $188,290.46 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 11-10030  CAS  Judge: DONALD R. CASSLING | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: BERTRAM, DONNA J | Date Filed (f) or Converted (c): 03/10/11 (f) |
| | 341(a) Meeting Date: 04/14/11 |
| | Claims Bar Date: 04/23/12 |

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

/s/   BRENDA PORTER HELMS, TRUSTEE
_____  Date: 06/27/13
    BRENDA PORTER HELMS, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-10030 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BERTRAM, DONNA J | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1343 Checking - Non Interest |
| Taxpayer ID No: | *******8256 | | | |
| For Period Ending: | 06/27/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 58,564.94 | | 58,564.94 |
| 09/19/12 | 1 | Donna Bertram | Settlement with Debtor | 1241-000 | 1,000.00 | | 59,564.94 |
| 10/02/12 | 010001 | City of Naperville<br>400 S. Eagle Street<br>Naperville IL 60540 | Acct #284407-26496 | 2420-000 | | 26.56 | 59,538.38 |
| 10/02/12 | 010002 | City of Naperville<br>Finance Department<br>400 S. Eagle Street<br>Naperville IL 60540 | Acct # 284407-26496 | 2420-000 | | 60.23 | 59,478.15 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.68 | 59,457.47 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.16 | 59,419.31 |
| 12/05/12 | 3 | First American Title Insurance Co | sale of 533 Milton Dr | | 95,177.48 | | 154,596.79 |
| | | | Memo Amount: 110,000.00<br>Sales of 533 Milton | 1110-000 | | | |
| | | DUPAGE COUNTY TREASURER | Memo Amount: ( 3,363.36 )<br>real estate tax prorations | 4700-000 | | | |
| | | REALTY, STARCK | Memo Amount: ( 2,750.00 )<br>Real estate commision | 3510-000 | | | |
| | | MANAGEMENT, DHA | Memo Amount: ( 2,750.00 )<br>Real estate commission | 3510-000 | | | |
| | | FIRST AMERICAN TITLE INSURANCE CO | Memo Amount: ( 1,443.00 )<br>Title charges and policy | 2500-000 | | | |
| | | DUPAGE COUNTY RECORDER | Memo Amount: ( 165.00 )<br>State & County Transfer tax | 2820-000 | | | |
| | | CITY OF NAPERVILLE | Memo Amount: ( 5.30 )<br>Water cert | 2500-000 | | | |
| | | DUPAGE COUNTY COLLECTOR | Memo Amount: ( 4,010.86 )<br>2011 real estate tax & penalties | 2820-000 | | | |

Page Subtotals 154,742.42 145.63

LFORM24 UST Form 101-7-TFR (5/1/2011) *(Page: 5)* Ver: 17.02d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 11-10030 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BERTRAM, DONNA J | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1343 Checking - Non Interest |
| Taxpayer ID No: | *******8256 | | | |
| For Period Ending: | 06/27/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ARS SURVEYING SERVICE | Memo Amount: ( 335.00 ) Survey | 2500-000 | | | |
| 12/05/12 | 1 | Donna Bertram | partial settlement of adversary | 1241-000 | 1,000.00 | | 155,596.79 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.80 | 155,525.99 |
| 12/23/12 | 1 | Bertram, Donna | partial settlement of adversary Received and deposited 11/16/12; posted to account 12/23/12 | 1241-000 | 1,000.00 | | 156,525.99 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 99.98 | 156,426.01 |
| 01/12/13 | 010003 | Springer Brown Covey Gaertner & Davis | Final Distribution | 3210-000 | | 12,488.75 | 143,937.26 |
| 01/13/13 | 1 | Bertram, Donna | partial settle adversary(12/19dep) Received and deposited 12/19/12; posted to account 1/13/13 | 1241-000 | 1,000.00 | | 144,937.26 |
| 01/15/13 | 010004 | City of Naperville | AC 350115-26496 | 2990-000 | | 279.81 | 144,657.45 |
| 01/18/13 | 1 | Donna Bertram | partial settlemen tof adversary | 1241-000 | 1,000.00 | | 145,657.45 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 226.18 | 145,431.27 |
| 02/15/13 | 1 | Donna Bertram | settlement of adversary proceeding | 1241-000 | 1,000.00 | | 146,431.27 |
| 02/15/13 | 010005 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 131.06 | 146,300.21 |
| 02/25/13 | 010006 | Illinois Dept of Revenue | 2011 amended tax return | 2820-000 | | 715.00 | 145,585.21 |
| 03/04/13 | 010007 | US Treasurey | 2011 Amended 1041 35-6948256 | 2810-000 | | 603.00 | 144,982.21 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 195.96 | 144,786.25 |
| 03/23/13 | 1 | Donna Jean Bertram | partial settlement | 1241-000 | 1,000.00 | | 145,786.25 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 216.32 | 145,569.93 |
| 05/03/13 | 1 | Donna Bertram | partial settlement with debtor | 1241-000 | 5,000.00 | | 150,569.93 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 223.33 | 150,346.60 |

Page Subtotals 11,000.00 15,250.19

UST Form 101-7-TFR (5/1/2011) (Page: 6)

LFORM24

Ver: 17.02d

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-10030 -CAS | |
| Case Name: | BERTRAM, DONNA J | |
| Taxpayer ID No: | *******8256 | |
| For Period Ending: | 06/27/13 | |

| | | |
|---|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******1343 Checking - Non Interest | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 110,000.00 | COLUMN TOTALS | 165,742.42 | 15,395.82 | 150,346.60 |
| Memo Allocation Disbursements: | 14,822.52 | Less: Bank Transfers/CD's | 58,564.94 | 0.00 | |
| | | Subtotal | 107,177.48 | 15,395.82 | |
| Memo Allocation Net: | 95,177.48 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 107,177.48 | 15,395.82 | |

Page Subtotals  0.00  0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Ver: 17.02d

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 11-10030 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BERTRAM, DONNA J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6119  Money Market - Interest Bearing |
| Taxpayer ID No: | *******8256 | | | |
| For Period Ending: | 06/27/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/27/11 | 1 | Donna Bertram<br>5212 Main St<br>Lisle IL 60532 | Partial Settlement of adversary | 1241-000 | 20,000.00 | | 20,000.00 |
| 12/27/11 | 1 | Robert Bertram jr<br>5212 Main St<br>Lisle IL 60532 | Partial settlemnet of adversary | 1241-000 | 15,000.00 | | 35,000.00 |
| 12/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 35,000.02 |
| 01/28/12 | 1 | Donna Bertram<br>5212 Main St<br>Lisle IL 60532 | partial settlment of adversary | 1241-000 | 1,000.00 | | 36,000.02 |
| 01/31/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 36,000.33 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 45.90 | 35,954.43 |
| 02/17/12 | 17 | DuPage Housing Authority<br>711 e. roosevelt Road<br>Wheaton IL 60187 | Rent for Milton property | 1122-000 | 944.00 | | 36,898.43 |
| 02/22/12 | 1 | Donna Bertram<br>5212 Main St<br>Lisle IL 60532 | partial settlement of adversary | 1241-000 | 1,000.00 | | 37,898.43 |
| 02/29/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 37,898.72 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 50.15 | 37,848.57 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.09 | 37,805.48 |
| 03/06/12 | 17 | DuPage Housing Authoirty<br>711 E. Roosevelt Road<br>Wheaton IL 60187 | rental income | 1122-000 | 944.00 | | 38,749.48 |
| 03/06/12 | 18 | Bankof America<br>San Antonio TX | Marshall Estates bank account procs | 1229-000 | 11,679.51 | | 50,428.99 |
| 03/19/12 | 1 | Donna Bertram<br>5212 Main St | partial settlement of adversary | 1241-000 | 1,000.00 | | 51,428.99 |

Page Subtotals       51,568.13       139.14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No: | 11-10030 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BERTRAM, DONNA J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6119 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8256 | | | |
| For Period Ending: | 06/27/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/27/12 | 000102 | Country Financial<br>Lisle IL 60532 | Acct #2986855-001-00001 | 2420-000 | | 633.95 | 50,795.04 |
| 03/27/12 | 000103 | City of Naperville<br>P.O. Box 2100<br>Bloomington IL 61702 | Acct #350115-26496 | 2420-000 | | 183.80 | 50,611.24 |
| 03/30/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.40 | | 50,611.64 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 59.19 | 50,552.45 |
| 04/16/12 | 1 | Donna Bertram<br>5212 Main St<br>Lisle IL 60532 | partial settlement of adversary | 1241-000 | 1,000.00 | | 51,552.45 |
| 04/19/12 | 000104 | SAMPLE CHECK FOR DPHA DIRECT DEPOSIT | sample check to set up direct depos | 2990-000 | | | 51,552.45 |
| 04/30/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.42 | | 51,552.87 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 64.77 | 51,488.10 |
| 05/11/12 | 17 | Napervilel Cares<br>618 W. 5th Ave. Suite B<br>Naperville IL 60563 | April and May 2012 rent | 1122-000 | 363.00 | | 51,851.10 |
| 05/18/12 | 17 | Society of St. Vincent De Paul | tenant rent for May 2012 | 1122-000 | 363.00 | | 52,214.10 |
| 05/18/12 | 1 | Donna Bertram | partial settlement of adversary | 1241-000 | 1,000.00 | | 53,214.10 |
| 05/21/12 | 000105 | Fed Ex<br>P.O. Box 94515<br>Palatine IL 60094 | fed ex to DuPage Housing Authority | 2990-000 | | 25.94 | 53,188.16 |
| 05/31/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.44 | | 53,188.60 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 66.15 | 53,122.45 |
| 06/05/12 | 17 | Kelly Benjamin<br>533 Milton<br>Naperville IL 60563 | June 2012 tenant rent | 1122-000 | 113.00 | | 53,235.45 |
| 06/20/12 | 1 | Donna Bertram | partial settlement of adversary | 1241-000 | 1,000.00 | | 54,235.45 |

Page Subtotals        3,840.26        1,033.80

UST Form 101-7-TFR (5/1/2011) (Page: 9)

LFORM24

Ver: 17.02d

FORM 2
Page: 6
Exhibit B
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-10030 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BERTRAM, DONNA J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6119  Money Market - Interest Bearing |
| Taxpayer ID No: | *******8256 | | | |
| For Period Ending: | 06/27/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 5212 Main St | | | | | |
| | | Lisle IL 60532 | | | | | |
| 06/29/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.43 | | 54,235.88 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 63.40 | 54,172.48 |
| 07/03/12 | 000106 | City of Naperville | water bill #35011-26496 | 2420-000 | | 180.04 | 53,992.44 |
| | | 400 S. Eagle Street | | | | | |
| | | Naperville IL 60540 | | | | | |
| 07/18/12 | 1 | Donna Bertram | partial settlement of adversary | 1241-000 | 1,000.00 | | 54,992.44 |
| | | 5212 Main St | | | | | |
| | | Lisle IL 60532 | | | | | |
| 07/31/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.46 | | 54,992.90 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 71.22 | 54,921.68 |
| 08/01/12 | 17 | DuPage Housing Authority | rents for 533 Milton | 1122-000 | 3,703.00 | | 58,624.68 |
| | | | Bank Serial #: 000000 | | | | |
| 08/15/12 | 000107 | Platinum Restoration | restoration at Milton property | 2420-000 | | 955.00 | 57,669.68 |
| 08/20/12 | 1 | Donna Jean Bertram | partial settlement of adversary | 1241-000 | 1,000.00 | | 58,669.68 |
| | | 5212 Main St | | | | | |
| | | Lisle IL 60532 | | | | | |
| 08/31/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 58,670.17 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 74.22 | 58,595.95 |
| 09/14/12 | 16 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.21 | | 58,596.16 |
| 09/14/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 31.22 | 58,564.94 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 58,564.94 | 0.00 |

Page Subtotals     5,704.59     59,940.04

FORM 2

Page: 7

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-10030 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BERTRAM, DONNA J | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6119 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8256 | | |
| For Period Ending: | 06/27/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 61,112.98 | 61,112.98 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 58,564.94 | |
| | | Subtotal | 61,112.98 | 2,548.04 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 61,112.98 | 2,548.04 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 110,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 14,822.52 | Checking - Non Interest - ********1343 | 107,177.48 | 15,395.82 | 150,346.60 |
| | | Money Market - Interest Bearing - ********6119 | 61,112.98 | 2,548.04 | 0.00 |
| Total Memo Allocation Net: | 95,177.48 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 168,290.46 | 17,943.86 | 150,346.60 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE
_____ Date: 06/27/13
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals 0.00 0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

LFORM24  Ver: 17.02d

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-10030
Case Name: BERTRAM, DONNA J
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

   Balance on hand                                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $ | $ | $ |
| Other: Intrenational Sureties Ltd. | $ | $ | $ |
| Other: Alan D. Lasko & Associates P.C. | $ | $ | $ |

   Total to be paid for chapter 7 administrative expenses          $_____

   Remaining Balance                                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

   Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | M&I | $ | $ | $ |
| 2 | Old Second National Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                               $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE