# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
BERTRAM, DONNA J                          §    Case No. 11-10030
                                          §
          Debtor(s)                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
>      CLERK  OF THE COURT
>      219 s. DEARBORN STREET
>      CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/27/2013 in Courtroom 4016,
>      Henry Hyde Judicial Office Facility
>      505 N. County Farm Road
>      Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/27/2013                    By: CLERK  OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BERTRAM, DONNA J  §   Case No. 11-10030
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 183,112.98 |
| and approved disbursements of | $ | 32,766.38 |
| leaving a balance on hand of[1] | $ | 150,346.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 12,405.65 | $ 0.00 | $ 12,405.65 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $ 5,993.24 | $ 0.00 | $ 5,993.24 |
| Other: Intreational Sureties Ltd. | $ 181.21 | $ 181.21 | $ 0.00 |
| Other: Alan D. Lasko & Associates P.C. | $ 102.60 | $ 0.00 | $ 102.60 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 18,501.49 |
| Remaining Balance | $ | 131,845.11 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 540,644.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | M&I | $ 516,635.92 | $ 0.00 | $ 125,990.19 |
| 2 | Old Second National Bank | $ 24,008.73 | $ 0.00 | $ 5,854.92 |
| | Total to be paid to timely general unsecured creditors | | $ | 131,845.11 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 11-10030-DRC
Donna J Bertram  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: acox   Page 1 of 2   Date Rcvd: Aug 28, 2013
                         Form ID: pdf006   Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2013.
```
db         +Donna J Bertram,    5212 Main Street,    Lisle, IL 60532-2320
aty        +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
             Wheaton, IL 60187-4547
16942500  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court:   Bank of America,    P.O. Box 26078,    Greensboro, NC 27420)
16942501   +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
16942502   +Besic Law Offices, P.C.,    5 E. Wilson St.,    Batavia, IL 60510-2656
16942503   +Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
16942504    Card Services,    World Elite MasterCard,    P.O. Box 13337,    Philadelphia, PA 19101-3337
16942505   +M&I,    Attn:   Retail Collections-BRK-180-RC,    770 N. Water St.,    Milwaukee, WI 53202-0002
16942506   +Marshall Estates Properties,    5212 Main St.,    Lisle, IL 60532-2320
16942507    Old Second National Bank,    37 South River Street,    Aurora, IL 60506-4172
16942508   +Tiffany & Bosco, P.A.,    Attn:   Leonard J. McDonald, Jr.,    Third Floor Camelback Esplanade II,
             2525 E. Camelback Rd.,    Phoenix, AZ 85016-4219
16942509    U.S. Airways,    Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
16942510  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court:   US Bank,    P.O. Box 108,    Saint Louis, MO 63166)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 30, 2013**        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: acox              Page 2 of 2              Date Rcvd: Aug 28, 2013
                              Form ID: pdf006         Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2013 at the address(es) listed below:

        Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
        Cameron M Gulden    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov
        David  Brown, ESQ   on behalf of Plaintiff Brenda Porter Helms dbrown@springerbrown.com,
        marigonzo@springerbrown.com;jill@springerbrown.com
        David  Brown, ESQ   on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
        marigonzo@springerbrown.com;jill@springerbrown.com
        Kathleen   Vaught    on behalf of Defendant Robert L Bertram, Jr attykv@yahoo.com
        Kathleen   Vaught    on behalf of Debtor Donna J Bertram attykv@yahoo.com
        Kathleen   Vaught    on behalf of Defendant Donna J Bertram attykv@yahoo.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Richard M Furgason    on behalf of Creditor   Old Second National Bank rfurgason@dreyerfoote.com,
        rfurgason@dreyerfoote.com;rkfurgason@sbcglobal.net

        TOTAL: 9