# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
BERTRAM, DONNA J § Case No. 11-10030
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Old Second National Bank | | | | | |
| | DUPAGE COUNTY TREASURER | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| INTRENATIONAL SURETIES LTD. | | | | | |
| CITY OF NAPERVILLE | | | | | |
| CITY OF NAPERVILLE | | | | | |
| CITY OF NAPERVILLE | | | | | |
| CITY OF NAPERVILLE | | | | | |
| COUNTRY FINANCIAL | | | | | |
| RESTORATION, PLATINUM | | | | | |
| ARS SURVEYING SERVICE | | | | | |
| CITY OF NAPERVILLE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIRST AMERICAN TITLE INSURANCE CO | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| DEPARTMENT OF TREASURY | | | | | |
| TREASUREY, US | | | | | |
| DUPAGE COUNTY COLLECTOR | | | | | |
| DUPAGE COUNTY RECORDER | | | | | |
| ILLINOIS DEPT OF REVENUE | | | | | |
| CITY OF NAPERVILLE | | | | | |
| EX, FED | | | | | |
| SPRINGER BROWN COVEY GAERTNER & DAV | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| MANAGEMENT, DHA | | | | | |
| REALTY, STARCK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baclays Bank of Delaware | | | | | |
| | Capital One Bank USA | | | | | |
| | Card Services | | | | | |
| | US Airways | | | | | |
| | US Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | M&I | | | | | |
| 2 | OLD SECOND NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| Case No: 11-10030 Judge: DONALD R. CASSLING | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: BERTRAM, DONNA J | Date Filed (f) or Converted (c): 03/10/11 (f) |
| | 341(a) Meeting Date: 04/14/11 |
| For Period Ending: 01/16/14 | Claims Bar Date: 04/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Litigation vs. debtor et al (u) | 0.00 | 20,000.00 | | 75,000.00 | FA |
| 2. 5212 Main St. Lisle IL | 156,000.00 | 0.00 | | 0.00 | FA |
| 3. 533 Milton Dr Naperville IL | 165,000.00 | 0.00 | | 95,177.48 | FA |
| 4. 118 Maplewood Bolingbrook IL | 160,000.00 | 0.00 | | 0.00 | FA |
| 5. CASH ON HAND | 2,200.00 | 0.00 | | 0.00 | FA |
| 6. BANK ACCOUNTS | 670.25 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 8. FIREARMS AND HOBBY EQUIPMENT | 50.00 | 0.00 | | 0.00 | FA |
| 9. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 10. 529 accounts | 9,500.00 | 0.00 | | 0.00 | FA |
| 11. PENSION PLANS AND PROFIT SHARING | 19,300.00 | 0.00 | | 0.00 | FA |
| 12. ACCOUNTS RECEIVABLE | 80,000.00 | 0.00 | | 0.00 | FA |
| 13. 2010 TAX REFUND | 629.75 | 0.00 | | 0.00 | FA |
| 14. 2003 DODGE DAKOTA | 4,900.00 | 0.00 | | 0.00 | FA |
| 15. 1939 CHEVY COUPE | 50.00 | 0.00 | | 0.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.47 | Unknown |
| 17. rent (u) | Unknown | 0.00 | | 6,430.00 | FA |
| 18. MARSHALL ESTATES BANK ACCOUNT (u) | Unknown | 0.00 | | 11,679.51 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $598,800.00 | $20,000.00 | | $188,290.46 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.04c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

Case No:    11-10030    Judge: DONALD R. CASSLING    Trustee Name:    BRENDA PORTER HELMS, TRUSTEE
Case Name:    BERTRAM, DONNA J    Date Filed (f) or Converted (c):    03/10/11 (f)
    341(a) Meeting Date:    04/14/11
    Claims Bar Date:    04/23/12

Hearing on TFR and applications for compensation held on 9/27/13 and checks issued thereafter.  Waiting for checks to clear prior to filing TDR.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 11-10030 -CAS |
| Case Name: | BERTRAM, DONNA J |
| Taxpayer ID No: | *******8256 |
| For Period Ending: | 12/22/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1343 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | | | | | 58,564.94 | 58,564.94 |
| 09/19/12 | | Donna Bertram | Settlement with Debtor | 1,000.00 | | | | | 59,564.94 |
| 09/19/12 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 59,564.94 |
| 10/02/12 | 010001 | City of Naperville<br>400 S. Eagle Street<br>Naperville IL 60540 | Acct #284407-26496 | | | 26.56 | | | 59,538.38 |
| 10/02/12 | 010002 | City of Naperville<br>Finance Department<br>400 S. Eagle Street<br>Naperville IL 60540 | Acct # 284407-26496 | | | 60.23 | | | 59,478.15 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -20.68 | | 59,457.47 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -38.16 | | 59,419.31 |
| 12/05/12 | | First American Title Insurance Co | sale of 533 Milton Dr | 95,177.48 | | | | | 154,596.79 |
| 12/05/12 | 3 | Asset Sales Memo: | 533 Milton Dr Naperville IL $95,177.48 | | | | | | 154,596.79 |
| | | | Memo Amount: 110,000.00<br>Sales of 533 Milton | | | | | | |
| | | DUPAGE COUNTY TREASURER | Memo Amount: ( 3,363.36 )<br>real estate tax prorations | | | | | | |
| | | REALTY, STARCK | Memo Amount: ( 2,750.00 )<br>Real estate commision | | | | | | |
| | | MANAGEMENT, DHA | Memo Amount: ( 2,750.00 )<br>Real estate commission | | | | | | |
| | | FIRST AMERICAN TITLE INSURANCE CO | Memo Amount: ( 1,443.00 )<br>Title charges and policy | | | | | | |
| | | DUPAGE COUNTY RECORDER | Memo Amount: ( 165.00 )<br>State & County Transfer tax | | | | | | |
| | | CITY OF NAPERVILLE | Memo Amount: ( 5.30 )<br>Water cert | | | | | | |
| | | DUPAGE COUNTY COLLECTOR | Memo Amount: ( 4,010.86 )<br>2011 real estate tax & penalties | | | | | | |
| | | ARS SURVEYING SERVICE | Memo Amount: ( 335.00 ) | | | | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 17.04c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-10030 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BERTRAM, DONNA J | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1343 Checking - Non Interest |
| Taxpayer ID No: | *******8256 | | | |
| For Period Ending: | 12/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | Survey | | | | | | |
| 12/05/12 | | Donna Bertram | partial settlement of adversary | 1,000.00 | | | | | 155,596.79 |
| 12/05/12 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 155,596.79 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -70.80 | | 155,525.99 |
| 12/23/12 | | Bertram, Donna | partial settlement of adversary | 1,000.00 | | | | | 156,525.99 |
| 12/23/12 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 156,525.99 |
| | | | Received and deposited 11/16/12; posted to account 12/23/12 | | | | | | |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -99.98 | | 156,426.01 |
| 01/12/13 | 010003 | Springer Brown Covey Gaertner & Davis | Final Distribution | | | 12,488.75 | | | 143,937.26 |
| 01/13/13 | | Bertram, Donna | partial settle adversary(12/19dep) | 1,000.00 | | | | | 144,937.26 |
| 01/13/13 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 144,937.26 |
| | | | Received and deposited 12/19/12; posted to account 1/13/13 | | | | | | |
| 01/15/13 | 010004 | City of Naperville | AC 350115-26496 | | | 279.81 | | | 144,657.45 |
| 01/18/13 | | Donna Bertram | partial settlemen tof adversary | 1,000.00 | | | | | 145,657.45 |
| 01/18/13 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 145,657.45 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -226.18 | | 145,431.27 |
| 02/15/13 | | Donna Bertram | settlement of adversary proceeding | 1,000.00 | | | | | 146,431.27 |
| 02/15/13 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 146,431.27 |
| 02/15/13 | 010005 | International Sureties Ltd | Bond #016026455 | | | 131.06 | | | 146,300.21 |
| 02/25/13 | 010006 | Illinois Dept of Revenue | 2011 amended tax return | | | 715.00 | | | 145,585.21 |
| 03/04/13 | 010007 | US Treasurey | 2011 Amended 1041 35-6948256 | | | 603.00 | | | 144,982.21 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -195.96 | | 144,786.25 |
| 03/23/13 | | Donna Jean Bertram | partial settlement | 1,000.00 | | | | | 145,786.25 |
| 03/23/13 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 145,786.25 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -216.32 | | 145,569.93 |
| 05/03/13 | | Donna Bertram | partial settlement with debtor | 5,000.00 | | | | | 150,569.93 |
| 05/03/13 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $5,000.00 | | | | | | 150,569.93 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -223.33 | | 150,346.60 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 17.04c

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-10030 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BERTRAM, DONNA J | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******1343 Checking - Non Interest |
| Taxpayer ID No: | *******8256 |  |  |
| For Period Ending: | 12/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 10/02/13 | 010008 | BRENDA PORTER HELMS, TRUSTEE<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Chapter 7 Compensation/Fees |  |  | 11,940.42 |  |  | 138,406.18 |
| 10/02/13 | 010009 | Alan D. Lasko & Associates P.C. | Accountant for Trustee Fees (Other |  |  | 5,993.24 |  |  | 132,412.94 |
| 10/02/13 | 010010 | Alan D. Lasko & Associates P.C. | Accountant for Trustee Expenses (Ot |  |  | 102.60 |  |  | 132,310.34 |
| * 10/02/13 | 010011 | United States Treasury | Taxes on Administrative Post-Petiti |  |  | 105.23 |  |  | 132,205.11 |
| * 10/02/13 | 010011 | United States Treasury | Taxes on Administrative Post-Petiti |  |  | -105.23 |  |  | 132,310.34 |
| 10/02/13 | 010012 | Department of Treasury | Income Taxes - Internal Revenue Ser |  |  | 105.23 |  |  | 132,205.11 |
| 10/02/13 | 010013 | M&I<br>Attn: Retail Collections-BRK-180-RC<br>770 N. Water St<br>Milwaukee WI 53202 | Claim 1, Payment 24.43377% |  |  | 126,233.64 |  |  | 5,971.47 |
| 10/02/13 | 010014 | Old Second National Bank<br>37 S. River Street<br>Aurora IL 60506 | Claim 2, Payment 24.43378% |  |  | 5,866.24 |  |  | 105.23 |
| 10/10/13 | 010015 | Old Second National Bank<br>37 S. River Street<br>Aurora IL 60506 | Final Distribution |  |  | 4.78 |  |  | 100.45 |
| 10/10/13 | 010016 | M&I<br>Attn: Retail Collections-BRK-180-RC<br>770 N. Water St<br>Milwaukee WI 53202 | Final Distribution |  |  | 100.45 |  |  | 0.00 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.04c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-10030 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BERTRAM, DONNA J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1343 Checking - Non Interest |
| Taxpayer ID No: | *******8256 | | |
| For Period Ending: | 12/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Account *******1343 | Balance Forward | 0.00 | 17 Checks | 164,651.01 |
| Memo Allocation Receipts: | 110,000.00 | 9 Deposits | | 107,177.48 | 8 Adjustments Out | 1,091.41 |
| Memo Allocation Disbursements: | 14,822.52 | 0 Interest Postings | | 0.00 | 0 Transfers Out | 0.00 |
| | | | Subtotal | $ 107,177.48 | | |
| Memo Allocation Net: | 95,177.48 | | | | Total | $ 165,742.42 |
| | | 0 Adjustments In | | 0.00 | | |
| | | 1 Transfers In | | 58,564.94 | | |
| | | | Total | $ 165,742.42 | | |

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-10030 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BERTRAM, DONNA J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6119 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8256 | | | |
| For Period Ending: | 12/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/27/11 | | Donna Bertram 5212 Main St Lisle IL 60532 | Partial Settlement of adversary | 20,000.00 | | | | | 20,000.00 |
| 12/27/11 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $20,000.00 | | | | | | 20,000.00 |
| 12/27/11 | | Robert Bertram jr 5212 Main St Lisle IL 60532 | Partial settlmnet of adversary | 15,000.00 | | | | | 35,000.00 |
| 12/27/11 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $15,000.00 | | | | | | 35,000.00 |
| 12/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.02 | | | | 35,000.02 |
| 01/28/12 | | Donna Bertram 5212 Main St Lisle IL 60532 | partial settlment of adversary | 1,000.00 | | | | | 36,000.02 |
| 01/28/12 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 36,000.02 |
| 01/31/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.31 | | | | 36,000.33 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -45.90 | | 35,954.43 |
| 02/17/12 | | DuPage Housing Authority 711 e. roosevelt Road Wheaton IL 60187 | Rent for Milton property | 944.00 | | | | | 36,898.43 |
| 02/17/12 | 17 | Asset Sales Memo: | rent $944.00 | | | | | | 36,898.43 |
| 02/22/12 | | Donna Bertram 5212 Main St Lisle IL 60532 | partial settlement of adversary | 1,000.00 | | | | | 37,898.43 |
| 02/22/12 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 37,898.43 |
| 02/29/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.29 | | | | 37,898.72 |
| 02/29/12 | 000101 | Intreational Sureties Ltd. | Trustee bond | | | 50.15 | | | 37,848.57 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -43.09 | | 37,805.48 |
| 03/06/12 | | DuPage Housing Authoirty 711 E. Roosevelt Road Wheaton IL 60187 | rental income | 944.00 | | | | | 38,749.48 |
| 03/06/12 | 17 | Asset Sales Memo: | rent $944.00 | | | | | | 38,749.48 |
| 03/06/12 | | Bankof America | Marshall Estates bank account procs | 11,679.51 | | | | | 50,428.99 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 11-10030 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BERTRAM, DONNA J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6119 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8256 | | | |
| For Period Ending: | 12/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | San Antonio TX | | | | | | | |
| 03/06/12 | 18 | Asset Sales Memo: | MARSHALL ESTATES BANK ACCOUNT $11,679.51 | | | | | | 50,428.99 |
| 03/19/12 | | Donna Bertram 5212 Main St Lisle IL 60532 | partial settlement of adversary | 1,000.00 | | | | | 51,428.99 |
| 03/19/12 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 51,428.99 |
| 03/27/12 | 000102 | Country Financial P.O. Box 2100 Bloomington IL 61702 | Acct #2986855-001-00001 | | | 633.95 | | | 50,795.04 |
| 03/27/12 | 000103 | City of Naperville 400 S. Eagle St Naperville IL 60540 | Acct #350115-26496 | | | 183.80 | | | 50,611.24 |
| 03/30/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.40 | | | | 50,611.64 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -59.19 | | 50,552.45 |
| 04/16/12 | | Donna Bertram 5212 Main St Lisle IL 60532 | partial settlement of adversary | 1,000.00 | | | | | 51,552.45 |
| 04/16/12 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 51,552.45 |
| 04/19/12 | 000104 | SAMPLE CHECK FOR DPHA DIRECT DEPOSIT | sample check to set up direct depos | | | | | | 51,552.45 |
| 04/30/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.42 | | | | 51,552.87 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -64.77 | | 51,488.10 |
| 05/11/12 | | Napervilel Cares 618 W. 5th Ave. Suite B Naperville IL 60563 | April and May 2012 rent | 363.00 | | | | | 51,851.10 |
| 05/11/12 | 17 | Asset Sales Memo: | rent $363.00 | | | | | | 51,851.10 |
| 05/18/12 | | Society of St. Vincent De Paul | tenant rent for May 2012 | 363.00 | | | | | 52,214.10 |
| 05/18/12 | 17 | Asset Sales Memo: | rent $363.00 | | | | | | 52,214.10 |
| 05/18/12 | | Donna Bertram | partial settlement of adversary | 1,000.00 | | | | | 53,214.10 |
| 05/18/12 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 53,214.10 |
| 05/21/12 | 000105 | Fed Ex | fed ex to DuPage Housing Authority | | | 25.94 | | | 53,188.16 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Ver: 17.04c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

Exhibit 9

| Case No: | 11-10030 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BERTRAM, DONNA J | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6119 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8256 | | |
| For Period Ending: | 12/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | P.O. Box 94515 Palatine IL 60094 | | | | | | | |
| 05/31/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.44 | | | | 53,188.60 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -66.15 | | 53,122.45 |
| 06/05/12 | | Kelly Benjamin 533 Milton Naperville IL 60563 | June 2012 tenant rent | 113.00 | | | | | 53,235.45 |
| 06/05/12 | 17 | Asset Sales Memo: | rent $113.00 | | | | | | 53,235.45 |
| 06/20/12 | | Donna Bertram 5212 Main St Lisle IL 60532 | partial settlement of adversary | 1,000.00 | | | | | 54,235.45 |
| 06/20/12 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 54,235.45 |
| 06/29/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.43 | | | | 54,235.88 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -63.40 | | 54,172.48 |
| 07/03/12 | 000106 | City of Naperville 400 S. Eagle Street Naperville IL 60540 | water bill #35011-26496 | | | 180.04 | | | 53,992.44 |
| 07/18/12 | | Donna Bertram 5212 Main St Lisle IL 60532 | partial settlement of adversary | 1,000.00 | | | | | 54,992.44 |
| 07/18/12 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 54,992.44 |
| 07/31/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.46 | | | | 54,992.90 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -71.22 | | 54,921.68 |
| 08/01/12 | | DuPage Housing Authority | rents for 533 Milton | 3,703.00 | | | | | 58,624.68 |
| 08/01/12 | 17 | Asset Sales Memo: | rent $3,703.00 Bank Serial #: 000000 | | | | | | 58,624.68 |
| 08/15/12 | 000107 | Platinum Restoration | restoration at Milton property | | | 955.00 | | | 57,669.68 |
| 08/20/12 | | Donna Jean Bertram 5212 Main St Lisle IL 60532 | partial settlement of adversary | 1,000.00 | | | | | 58,669.68 |
| 08/20/12 | 1 | Asset Sales Memo: | Litigation vs. debtor et al $1,000.00 | | | | | | 58,669.68 |
| 08/31/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.49 | | | | 58,670.17 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

Exhibit 9

| Case No: | 11-10030 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BERTRAM, DONNA J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6119  Money Market - Interest Bearing |
| Taxpayer ID No: | *******8256 | | | |
| For Period Ending: | 12/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -74.22 | | 58,595.95 |
| 09/14/12 | 16 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.21 | | | | 58,596.16 |
| 09/14/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | | | | -31.22 | | 58,564.94 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | | | | | -58,564.94 | 0.00 |

| | | Account *******6119 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | | 17 Deposits | 61,109.51 | 7 Checks | 2,028.88 |
| Memo Allocation Disbursements: | 0.00 | | 10 Interest Postings | 3.47 | 9 Adjustments Out | 519.16 |
| | | | | | 1 Transfers Out | 58,564.94 |
| | | | Subtotal | $ 61,112.98 | | |
| Memo Allocation Net: | 0.00 | | | | Total | $ 61,112.98 |
| | | | 0 Adjustments In | 0.00 | | |
| | | | 0 Transfers In | 0.00 | | |
| | | | Total | $ 61,112.98 | | |

| | | Report Totals | Balance Forward | 0.00 | | |
| --- | --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 110,000.00 | | 26 Deposits | 168,286.99 | 24 Checks | 166,679.89 |
| Total Allocation Disbursements: | 14,822.52 | | 10 Interest Postings | 3.47 | 17 Adjustments Out | 1,610.57 |
| | | | | | 1 Transfers Out | 58,564.94 |
| | | | Subtotal | $ 168,290.46 | | |
| Total Memo Allocation Net: | 95,177.48 | | | | Total | $ 226,855.40 |
| | | | 0 Adjustments In | 0.00 | | |
| | | | 1 Transfers In | 58,564.94 | | |
| | | | Total | $ 226,855.40 | Net Total Balance | $ 0.00 |

/s/  BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 01/16/14

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

Ver: 17.04c

Page: 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-10030 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BERTRAM, DONNA J | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6119  Money Market - Interest Bearing |
| Taxpayer ID No: | *******8256 | | |
| For Period Ending: | 12/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

BRENDA PORTER HELMS, TRUSTEE

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

Ver: 17.04c